John White, Esq.  
Bar Number 1741  
WHITE LAW CHARTERED  
335 West First St.  
Reno, NV, 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com

E-filed January 10, 2018.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MARGARET LESLIE CANTLON,
aka Cindy Cantlon, Mrs. William McKean Cantlon

Debtor in Possession.

Case No: BK-15-50292-btb
Chapter 11

3016 STATUS REPORT UPDATE

    This voluntary Chapter 11 individual debtor case was filed on March 5, 2015. Debtor filed her Disclosure Statement, with copy of a proposed Plan, on May 29, 2015 (Doc 59). The hearing on the Disclosure Statement was scheduled for September 15 2015 at 2 p.m., continued to October 6, 2016 at 2 p.m., and again continued until October 16, 2016 at 2:30 p.m. The Court refused to approve or tentatively approve the Disclosure Statement.

    Debtor's motion for an order supplementing her budget dealing with proceeds from sale of some of her water rights was pending on August 18, 2017, when Debtor filed her last Rule 3016 Status Report Update. This motion was granted by order entered August 28, 2017.

    Debtor's motion to approve the settlement of her adversary proceeding against Deutsche Bank (Adv. Proc. No. 15-05047) was also pending when her last Status Report Update was filed. That motion was approved by order entered in the adversary proceeding on September 27, 2017. The adversary was closed on October 18, 2018.

1  Debtor will have a proposed amended Plan of Reorganization, a liquidation plan, filed by the end of the current month (January 2018) or seek to have this Case dismissed. In conjunction with the proposed amended plan, Debtor expects to file requests to hire Blaine Johnson, Esq. as special counsel, and to seek approval of an employment agreement with George Lindesmith, a local water rights expert, regarding the sale of Debtor's remaining water rights.

Dated this 10th day of January, 2018.　　　　WHITE LAW CHARTERED

　　　　　　　　　　　　　　　　　　　　　_____/s/ John White__

　　　　　　　　　　　　　　　　　　　　　By: John White, Esq.