_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 20, 2018

John White, Esq.
Bar Number 1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MARGARET LESLIE CANTLON,
aka Cindy Cantlon, Mrs. William McKean Cantlon,

Debtor in Possession.

Case No: BK-15-50292-btb
Chapter 11

ORDER APPROVING
EMPLOYMENT
OF SPECIAL COUNSEL (Cartlidge)

The Application of the Debtor, Margaret Leslie Cantlon, for an order pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and § 327 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.), authorizing her to employ Blaine E. Cartlidge, Esq., Cartlidge Law Office, 5865 Tyrone Rd., Suite 101, Reno, NV 89502 ("Cartlidge"), as special counsel for the Estate on a contingency basis for the purpose of assisting White Law Chartered in pursuing an adversary proceeding against Wells Fargo for defalcation (Adv. 18-05006) having regularly come on for hearing on the April 11, 2018 at 2 pm, on due and legal notice, John White, Esq. appearing for the Debtor, William Cossitt, Esq. appearing for the Office of the United States Trustee, and Kevin Sutehall,

1 | Esq. appearing telephonically for Wells Fargo, and no objections having been filed, and
2 | the Court being satisfied based on the representations contained in those documents
3 | that Cartlidge does not hold or represent an interest adverse to the Debtor's Estate
4 | and is a disinterested person under 11 U.S.C. §§ 101(14) and 327 of the Bankruptcy
5 | Code and that the employment of Cartlidge is necessary and in the best interests of
6 | the Debtor's Estate; and after due deliberation and good cause appearing, it is hereby:
7 | ORDERED, ADJUDGED AND DECREED that:

8–12 | 1. Pursuant to § 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Debtor's Application to Employ Special Counsel is approved and Debtor is authorized to employ and retain Blaine E. Cartlidge, Esq., as the Estate's special counsel on a contingency basis.

13–14 | 2. Blaine E. Cartlidge, Esq. is authorized to provide the services described in the Application.

15–18 | 3. All fees and costs are subject to Court Approval. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

19 | ###

# CERTIFICATION

In accordance with LR 9021, an attorney submitting this document certifies as follows(check one):

___The court has waived the requirement set forth in LR 9021(b)(1).

___No party appeared at the hearing or filed an objection to the motion.

_X_I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

<u>Result</u>

Kevin Sutehall, Esq.              APPROVED/~~DISAPPROVED~~
Attorney for Wells Fargo
                                  /s/ Kevin Sutehall, Esq.
                                  Fox Rothschild LLP
                                  1980 Festival Plaza Dr., Ste 700
                                  Las Vegas, NV 89135

William B. Cossitt, Esq.          APPROVED/~~DISAPPROVED~~
Office of the US Trustee
                                  /s/William B. Cossitt, Esq.
                                  Trial Attorney for United States Trustee
                                  Tracy Hope Davis

___I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated: April 18, 2018.

White Law Chartered

/s/ John White, Esq.
John White, Esq.
Counsel for Debtor

3