# EXHIBIT 1

# EXHIBIT 1

# SECTION 362 INFORMATION COVER SHEET

DEBTOR: Margaret Leslie Cantlon aka Cindy Cantlon aka Mrs. William McKean Cantlon

BANKRUPTCY NO. 15-50292-btb                MOTION #: _____

MOVANT: Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass Through Certificates Series 2005-AR6
CHAPTER: 11

### Certification of Attempt to Resolve the Matter Without Court Action:

Moving counsel hereby certifies that pursuant to the requirement of LR 4001(a)(2), the subject property has been identified as being surrendered in the plan and/or schedules, or an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: 6/18/2018                Signature: /s/ Michael Chen, Esq. Attorney for Movant

PROPERTY INVOLVED IN THIS MOTION: 25 Southridge Dr, Reno, NV 89509-3254
NOTICE SERVED ON: Debtor: Margaret Leslie Cantlon aka Cindy Cantlon aka Mrs. William McKean Cantlon; Debtor's counsel, John White
DATE OF SERVICE:

| MOVING PARTY'S CONTENTIONS: | | | DEBTOR'S CONTENTIONS: |
|---|---|---|---|
| The EXTENT and PRIORITY OF LIENS: | | | The EXTENT and PRIORITY OF LIENS: **Same as Movant** |
| 1st Deutsche Bank National Trust Company | $ | 1,275,135.33 | 1st |
| 2nd | $ | | 2nd |
| 3rd | $ | | 3rd |
| 4th | $ | | Other |
| Total Encumbrances: | $ | 1,275,135.33 | Total Encumbrances: **Same as Movant** |
| APPRAISAL or OPINION as to VALUE: | $ | 1,500,000.00 | APPRAISAL or OPINION as to VALUE: **$1,950,000** |

| TERMS OF MOVANT'S CONTRACT with the DEBTOR | | OFFER OF "ADEQUATE PROTECTION" for MOVANT: |
|---|---|---|
| Amount of Note: | $1,000,000.00 | Recent appraisal shows that Movant has a 41% equity cushion. |
| Interest Rate: | 4.625% | |
| Duration: | 30 Years | |
| Payment per month: | $5,793.61 | |
| Date of Post-Petition Default: | 07/01/13 | |
| Amount Post-Petition Arrears: | $ 293,158.51 | SPECIAL CIRCUMSTANCES: |
| Recording NOD: 09/23/2014 | NOS: 01/12/2015 | |
| SPECIAL CIRCUMSTANCES: The debtor has failed to comply with the terms of a Settlement Agreement entered with the Court on or about Sept. 27, 2017 (See Dkt. No. 36, Adv, Case No. 15-05047-btb). | | |
| Submitted by: Michael Chen | | Submitted by: John White, Esq. Counsel for Debtor |
| Signature: /s/ Michael Chen | | Signature: /s/ John White |

FORM 362/10/95