John White, Esq.  
Bar Number 1741  
WHITE LAW CHARTERED  
335 West First St.  
Reno, NV, 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com

E-filed September 25, 2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

MARGARET LESLIE CANTLON,
aka Cindy Cantlon, Mrs. William McKean Cantlon

Debtor.

Case No: BK-15-50292-btb
Chapter 11

ERRATA TO SECOND AMENDMENT TO DEBTOR'S PLAN OF REORGANIZATION

<u>The addition of the italicized wording in the below quotation was inadvertently omitted from the Second Amendment.</u>

Section 4.1.1 of Debtor's proposed Plan of Reorganization, filed herein on April 25 2018 (ECF 233), as amended by the First Amendment to Debtor's Plan of Reorganization, filed herein July 5, 2018, is hereby further amended by adding the following sentence to section 4.1.2. **(Class 2 -General Unsecured Creditors - 24 Claimants, $250,000)**:

> "Notwithstanding anything to the contrary herein, Class 2 creditors will receive at least 26% of their allowed claim. *In the event the Court subsequently approves administrative expenses in excess of $64,242, this Second Amendment shall be void.*"

The afore-added language is required by 11 USC §1129(a)(7)(A)(2), to wit:

Amended Schedule F, filed May 15, 2015 (ECF 50) shows $243,325 in unsecured debt. Exhibit 4 to the Second Amended Disclosure Statement, filed January 31, 2018 (ECF 206) shows non-exempt assets of $64,242.  $64,242 is 26% of 243,325.  Therefore, as Wells Fargo, an unsecured creditor (Claim 4 for $7,608.72) rejected the plan, Section 4.1.2 of the Plan is amended to provide that unsecured creditors will receive at least 26% of their claim as required by 11 USC §1129(a)(7)(A)(2).

Dated: September 25, 2018.

| Submitted by: | Respectfully submitted, |
|---|---|
| WHITE LAW CHARTERED | By: ___/s/ Margaret Cantlon_____ |
| _____/s/ John White_____ | Margaret (Cindy) Cantlon, Debtor (Plan Proponent) |
| By: John White, Esq. Counsel for Debtor | |